No. 90–6093.   RUCKER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–6098.   LUNSFORD ET AL. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–6100.   HOSTETLER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 90–6103.   HALL v. PARSONS, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 90–6121.   HUTSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–6122.   MADUKA v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–6132.   DONNELLY v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–6142.   ROBINSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–357.   PETERSON ET AL. v. DEPARTMENT OF THE INTERIOR ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–621.   CASTILLE, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL. v. HARRISON.   C. A. 3d Cir.   Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 90–627.   ACIERNO v. CUNNINGHAM, WARDEN.   C. A. 1st Cir.   Certiorari denied.   JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 90–714.   MURPHY ET AL. v. RAGSDALE ET AL.   C. A. 7th Cir.   Certiorari before judgment denied.

No. 90–5530.   HARVEY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   JUSTICE WHITE would grant certiorari.